**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ERNEST EWING CHRISTOPHER,
EXECUTOR FOR THE ESTATE OF
MILDRED F. SNYDER,

          Petitioner

    v.

GOLDEN GATE NATIONAL SENIOR
CARE, LLC; GGNSC UNIONTOWN, LP
D/B/A GOLDEN LIVING CENTER
UNIONTOWN; GGNSC UNIONTOWN GP,
LLC; GGNSC HOLDINGS, LLC; GGNSC
EQUITY HOLDINGS, LLC; GPH
UNIONTOWN, LP; GGNSC
ADMINISTRATIVE SERVICES, LLC;
GGNSC CLINICAL SERVICES, LLC;
GOLDEN GATE ANCILLARY, LLC; AND
JOYCE HOCH, NHA,

          Respondents

: No. 35 WAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.